CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 28, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| A.H., an infant who sues by and through CATHY GARDNER, her grandmother and next friend, <br><br> v. <br><br> RESEARCH SOLUTIONS GROUP, INC., *et al*, <br><br> Defendants. | Civil Action Nos. 5:23-cv-00021 <br> Member Case: 5:23-cv-00033 <br><br> By: Elizabeth K. Dillon <br> Chief United States District Judge |

**FINAL ORDER APPROVING MINOR SETTLEMENT**

This cause came before the Court upon the Joint Petition for Approval of an Infant Settlement and for entry of a Dismissal Order, as revised. (Dkt. Nos. 18, 23.) All counsel of record and Cathy Gardner, grandmother and next friend of A.H., a minor, appeared at two separate hearings held on July 29, 2024, and August 28, 2024.

IT APPEARING TO THE COURT that the Defendants deny that they were in any way negligent or otherwise responsible for the motor vehicle accident that occurred on or about April 5, 2021, but they have offered to resolve A.H.'s claim by offering, through their liability insurance carrier, Berkley Environmental ("Insurer"), to pay $15,000.00 ("Settlement Funds") as a full and final compromise of any and all claims A.H. has arising out of the April 5, 2021 accident, including any claim that A.H.'s guardian, Cathy Gardner, may have for medical bills incurred by A.H. arising out of the accident.

IT FURTHER APPEARING TO THE COURT that because A.H. is a minor with a disability that may be eligible for SSI benefits when she turns 18, and that A.H. is a resident of Florida, the funds intended for A.H. should be placed into a Florida "Achieving A Better Life Experience Act" (ABLE United) account, established under 26 U.S.C. § 529A, to be opened and

managed by Cathy Gardner (as administrator, or Authorized Legal Representative) with A.H. as the designated beneficiary.

IT FURTHER APPEARING TO THE COURT that there are no other persons interested in the compromise, the court finds that reasonable notice has been given to all required parties and persons, pursuant to Virginia Code Ann. § 8.01-424(B).

UPON CONSIDERATION OF THE FOREGOING and the entire record in this case, the Court finds good cause exists to approve this Infant Settlement. Accordingly, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. The Joint Petition for Approval of an Infant Settlement, as revised, (Dkt. Nos. 18, 23) is GRANTED.

2. Consistent with the parties' agreement, the Settlement Funds shall be distributed as set forth in the following Schedule of Payments:

| | |
|---|---|
| To: Allen, Allen, Allen & Allen (25% fee for legal services rendered): | $3,750.00 |
| To: Allen, Allen, Allen & Allen (for litigation expenses): | $1,059.50 |
| To: Allen, Allen, Allen & Allen (for the Progressive Medical Payments Lien): | $101.20 |
| To: Florida ABLE United (to fund an ABLE account with A.H. as designated beneficiary): | $10,089.30 |
| **TOTAL** | **$15,000.00** |

3. As noted in the above breakdown, $10,089.30 of the Settlement Funds shall be used to fund a Florida ABLE United account, with Cathy Gardner as administrator and Authorized Legal Representative and A.H. as the beneficiary.

2

4. No disbursements shall be made from this ABLE United account unless they are Qualified Disability Expenses, as defined by Florida ABLE United, for the sole benefit of A.H.

5. No disbursements shall be made from this ABLE United account for any purpose until A.H. reaches the age of 18.

6. Upon delivery of a check for $15,000.00 to counsel for Plaintiff, Defendants Research Solutions, Inc. and Gary Jones shall be discharged from any claim that said Plaintiff had or might have against them by reason of the accident that occurred on April 5, 2021, resulting in personal and physical injuries to the minor child A.H.

7. Defendants Research Solutions, Inc., Gary Jones, and the Insurer shall have no further liability or responsibility for the proper disbursement and use of the Settlement Funds after the check in the amount of $15,000.00 is issued and conveyed to counsel for Plaintiff as outlined above.

8. It is further ORDERED that this lawsuit is DISMISSED WITH PREJUDICE, and the Clerk shall STRIKE the case from the active docket of this court.

9. The Clerk is DIRECTED to provide copies of this order to all counsel of record.

Entered: August 28, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge